LEON A. MOTT et al., Appellants, and BENJAMIN C. MOTT
et al., Infants, by HALSTEAD SCUDDER, Their Guardian ad
Litem, Respondents, *v.* EMMA H. MOTT, Respondent.

*Mott* v. *Mott*, 121 App. Div. 900, affirmed.
(Argued December 9, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 22, 1907, affirming a judgment in favor of defendant
entered upon a decision of the court on trial at Special Term
in an action to compel the re-execution and deliverance of
certain deeds of real property alleged to have been wrongfully
destroyed by defendant.

*J. Noble Hayes* and *Edwin Vandewater* for appellants.

*Eliphalet W. Tyler* and *William John Barr* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, VANN, WILLARD BARTLETT
and HISCOCK, JJ.   Dissenting: CULLEN, Ch. J., and GRAY, J.
Absent: WERNER, J.

---

ALLIE ANDERSON, as Administratrix of the Estate of ANTON
ANDERSON, Deceased, Respondent, *v.* MILLIKEN BROTHERS,
INCORPORATED, Appellant.

*Anderson* v. *Milliken Bros., Inc.*, 123 App. Div. 614, affirmed.
(Argued December 10, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 17, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for the death of plain-